

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-26-00012-CR

_____

JEROME B. PRICE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1831632

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Jerome B. Price, has filed a motion to dismiss this appeal.[1]  The motion was signed by both Price and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.  *See id.*

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:      March 5, 2026
Date Decided:        March 6, 2026

Do Not Publish

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).